IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROBERT VANDERPLOEG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:20-CV-03261 |
| SAMANTHA MARKETPLACE LLC, | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROBERT VANDERPLOEG ("Plaintiff") and Defendant, SAMANTHA MARKETPLACE LLC ("Defendant"), by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 24th day of November, 2020.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/  Douglas S. Schapiro
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

>*/s/  Christina Minshew Lewis*
> Christina Minshew Lewis, Esq.
> Texas Bar No. 24013170
> Moyer Lewis & Patton, LLP
> 11767 Katy Freeway, Suite 990
> Houston. TX  77079
> Tel:  (832) 327-1180
> Email:  clewis@mlpllp.com
>
> Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of November, 2020, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

> /s/  Douglas S. Schapiro
> Douglas S. Schapiro
> Southern District of Texas ID No. 3182479